# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| Allstate Vehicle and Property Insurance Company, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 3:19-cv-00353-JMC |
| v. | ) ) ) | **ORDER** |
| Brandon Smith, Jamie Smith, Walter Krantz, Katherine Krantz, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court for review of Plaintiff Allstate Vehicle and Property Insurance Company's ("Allstate") Motion to Compel filed on October 21, 2019. (ECF No. 25.) Allstate alleges that Defendants Walter Krantz and Katharine Krantz ("Defendants") have failed to provide any response to its discovery requests. (*Id.* at 1.) To date, Defendants have not provided any responsive pleading to Allstate's Motion to Compel (ECF No. 25).

Because Allstate's Motion is unopposed and Defendants have not communicated with Allstate or the court, the court **GRANTS** Allstate's Motion to Compel (ECF No. 25) and **ORDERS** Defendants to respond to Allstate's discovery requests by July 1, 2020, at 5:00 p.m.

IT IS SO ORDERED.

*J. Michelle Childs*

United States District Judge

June 17, 2020
Columbia, South Carolina