AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Allstate Vehicle and Property Insurance Company<br>*Plaintiff*<br>v.<br><br>Brandon Smith, Jamie Smith, Walter Krantz, Katharine Krantz<br>*Defendants* | Civil Action No.    3:19-00353-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the Plaintiff shall take nothing of the Defendants and the Plaintiff's complaint is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having entered an order of dismissal sua sponte.

Date:    September 15, 2021                                            *CLERK OF COURT*

                                                                                            s/Angie Snipes
                                                                           *Signature of Clerk or Deputy Clerk*